UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WENDY L. KLIMEK,

              Plaintiff,

        -v-                          1:15-CV-0789
                                          (DNH/TWD)

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

OFFICE OF PETER M. MARGOLIUS       PETER M. MARGOLIUS, ESQ.
Attorney for Plaintiff
7 Howard Street
Catskill, NY 12414

SOCIAL SECURITY ADMINISTRATION     FERGUS J. KAISER, ESQ.
Attorney for Defendant
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Plaintiff Wendy Klimek filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for disability benefits and supplemental security income under the Social Security Act. By Report-Recommendation dated July 21, 2016, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, recommended that

the Commissioner's decision finding no disability be affirmed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

(1) the Commissioner's decision is **AFFIRMED**;

(2) plaintiff's motion for judgment on the pleadings in **DENIED**;

(3) defendant's motion for judgment on the pleadings is **GRANTED**; and

(4) the complaint is **DISMISSED**.

The Clerk of the Court shall enter judgment and close the case.

IT IS SO ORDERED.

United States District Judge

Dated: September 22, 2016
   Utica, New York